Decided November 20, 1996

## PEDRO LUIS TOSADO *v.* R. DOUGLAS RAMSEY ET AL.

The petitioner Pedro Luis Tosado's petition for certification for appeal from the Appellate Court, 43 Conn. App. 903 (AC 15447), is denied.

*Pedro Luis Tosado,* pro se, in support of the petition.

*Richard F. Jacobson,* assistant state's attorney, in opposition.

Decided November 20, 1996

## RICHARD FANTASIA *v.* TONY PANTANA MASON CONTRACTORS ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court (AC 16088), is denied.

*Charles J. Goddard,* in support of the petition.

*David W. Schoolcraft,* in opposition.

Decided December 4, 1996